LAW OFFICE OF JEFFREY D. FULTON
Jeffrey D. Fulton (Bar No. 206466)
400 Capitol Mall, Eleventh Floor
Sacramento, California 95814
Telephone: (916) 441-5566
Facsimile: (916) 441-5575
E-Mail: JFulton@JFultonLaw.com

Attorneys for Plaintiff
ERIC SHIPPAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERIC SHIPPAM, an individual, and WEB-BREEZE NETWORKS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>RAPID LINK, CORP., TELENATIONAL COMMUNICATIONS, INC., SPOT MOBILE, INTERNATIONAL, LTD., and DOES 1 through 100, INCLUSIVE,<br><br>Defendants. | CASE NO.   2:11 CV-02800-LKK-GGH<br><br>**ORDER OF PLAINTIFF'S REQUEST FOR DISMISSAL OF DEFENDANT SPOT MOBILE INTERNATIONAL, LTD. WITHOUT PREJUDICE** |

Defendant, Spot Mobile International, Ltd. is hereby dismissed from this action without prejudice.

IT IS SO ORDERED.

Dated: January 17, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT